IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEETHA WILLIAMS                                                          PLAINTIFF

vs.                              Civil No. 4:18-cv-04100

NANCY A. BERRYHILL
Commissioner, Social Security Administration                             DEFENDANT

## J U D G M E N T

For the reasons stated in the Memorandum Opinion entered in this case on this date, I hereby

reverse the decision of the Commissioner and remand this case for further consideration pursuant

to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 1ˢᵗ day of November 2018.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE